# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | **Criminal Action No. 08-93 (RJL)** |
| | ) | |
| **JOHN STAGLIANO, *et al.*,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons set forth in the Memorandum Opinion, it is this 19 day of February, 2010, hereby

**ORDERED** that the defendants' respective Motions to Dismiss Indictment [# 17, 20, 21] are **DENIED**; it is further

**ORDERED** that defendant John Stagliano's Motion to Join All Other Defendants' Motions [#21] is **GRANTED**; it is further

**ORDERED** that defendant John Stagliano's Motion for Open Public Trial [#21] remains under advisement; and it is further

**ORDERED** that, if they choose to do so, the defendants may submit motions for interlocutory appeal no later than five business days from the date of this Order, and the government shall have no more than fourteen days to respond.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge